UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :   **INFORMATION**
                                 :
       - v. -                    :   16 Cr. 757
                                 :
ROBERT J. GARNEAU,               :
     a/k/a "Raptorr427,"         :
     a/k/a "Bobby Sixx,"         :
                                 :
               Defendant.        :
- - - - - - - - - - - - - - - - - x

ORIGINAL

COUNT ONE

(Sexual Exploitation of a Child)

The United States Attorney charges:

1. Between in or about September 2014 up to and including on or about December 1, 2014, in the Southern District of New York and elsewhere, ROBERT J. GARNEAU, a/k/a "Raptorr427," a/k/a "Bobby Sixx," the defendant, unlawfully, willfully and knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce and mailed, and the visual depiction would be produced using materials that had been mailed, shipped and transported in and affecting interstate and

foreign commerce by any means including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, to wit, ROBERT J. GARNEAU, the defendant, while in Warwick, New York and in transit to Brookville, New York, communicated with a minor ("Victim-1") online and convinced Victim-1 to take and send sexually-explicit photographs of Victim-1 to GARNEAU, the defendant.

(Title 18, United States Code, Section 2251(a).)

COUNT TWO

(Sexual Exploitation of a Child)

The United States Attorney further charges:

2. On or about August 10, 2015, in the Southern District of New York and elsewhere, ROBERT J. GARNEAU, a/k/a "Raptorr427," a/k/a "Bobby Sixx," the defendant, unlawfully, willfully and knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce and mailed, and the visual depiction would be produced using materials that had been

mailed, shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, to wit, ROBERT J. GARNEAU, the defendant, while in Warwick, New York, communicated with a minor ("Victim-2") online and asked Victim-2 to take and send sexually-explicit photographs and video of Victim-2 to GARNEAU, the defendant.

(Title 18, United States Code, Section 2251(a).)

## COUNT THREE

(Sexual Exploitation of a Child)

The United States Attorney further charges:

3. On or about July 18, 2015, in the Southern District of New York and elsewhere, ROBERT J. GARNEAU, a/k/a "Raptorr427," a/k/a "Bobby Sixx," the defendant, unlawfully, willfully and knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce and mailed, and the visual depiction would be produced using materials that had been

mailed, shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, to wit, ROBERT J. GARNEAU, the defendant, while in Warwick, New York communicated with a minor ("Victim-3") online and convinced Victim-3 to take and send sexually-explicit photographs of Victim-3 to GARNEAU, the defendant.

(Title 18, United States Code, Section 2251(a).)

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– v –

ROBERT J. GARNEAU, a/k/a "raptorr427,"
a/k/a "Bobby Sixx,"

Defendant.

INFORMATION

16 Cr.

Preet Bharara
United States Attorney for *Southern District of New York*
(914) 993-1902