

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 17, 2017

The application is  X granted.
                      __ denied.

Nelson S. Román, U.S.D.J.
Dated: May 18, 2017
White Plains, New York 10601

**BY HAND DELIVERY**
The Honorable Nelson Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    <u>United States v. Robert Garneau</u>
           16 Cr. 757(NR)

Dear Judge Román:

    I write on behalf of the Government to confirm that the <u>conference in the above-captioned case has been adjourned to May 25, 2017 at 12:30 p.m.</u> The time between today and May 25, 2017 will permit the Government and defense counsel an opportunity to complete discussions concerning a disposition and give the defendant and his attorney an additional opportunity to review the plea agreement. The parties anticipate that, on May 25, 2017, the defendant will enter a guilty plea to a Superseding Information.

    The Government respectfully requests that time be excluded from today, up to and including May 25, 2017 pursuant to Title 18, United States Code, Section 3161(h)(7)(A). Excluding time will serve the ends of justice and outweigh the interests of the public and the defendant in a speedy trial. Jason Ser, counsel for the defendant, has advised the Government that he consents to such exclusion of time.

                               Respectfully submitted,

                               JOON H. KIM
                             Acting United States Attorney

                      By: _____
                             Marcia S. Cohen
                             Assistant United States Attorney
                             (914) 993-1902

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2017

cc:    Jason Ser, Esq.