# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

**MEMO ENDORSED**

November 14, 2017

The Honorable Nelson S. Roman
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

U.S. ATTORNEY
FOR THE S.D.N.Y.
NOV 14 2017

Re: *United States v. Robert Garneau*, 16cr0757-NSR

Dear Judge Roman:

I write regarding the above captioned matter and to request an adjournment of the sentencing hearing, which currently is set for November 21, 2017, at 11:45 a.m., to January 11, 2018, at 10:00 a.m. The Court's deputy provided the proposed January date and time. Undersigned counsel requires this additional time to complete review of the pre-sentence report with Mr. Garneau and to complete preparation of sentencing materials in mitigation.

I have discussed the instant request with Marcia Cohen, the Assistant United States Attorney assigned to this case. She does not object to this request for an adjournment.

Respectfully submitted,

Jason I. Ser
Attorney for Mr. Garneau

**SO ORDERED:**

Dated: Nov. 14, 2017

HONORABLE NELSON S. ROMÁN
United States District Judge

cc: Marcia Cohen, A.U.S.A.